Case No. 25-11612

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

BEAR WARRIORS UNITED, INC., a Florida Not for Profit Corporation,
*Plaintiff-Appellee*,

v.

ALEXIS LAMBERT, in her official capacity as Secretary of the FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,
*Defendant-Appellant*.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 and 26.1-2, the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Bear Warriors United, Inc. – Appellee
2. Blackner, Leslie G. – Counsel for Appellee Bear Warriors United
3. Blackner, Stone & Associates – Counsel for Appellee Bear Warriors United
4. Blome, Jessica L. – Counsel for Appellee Bear Warriors United
5. Bradford, Susann M. – Counsel for Appellee Bear Warriors United
6. Brown, Jeffrey – Counsel for Appellant Secretary Lambert
7. Colton, Bryan E. – Counsel for Appellee Bear Warriors United
8. Corbani, Kelley F. – Counsel for Appellant Secretary Lambert

No. 25-11612, *Bear Warriors United v. Lambert*

9. Consovoy McCarthy PLLC – Counsel for Appellant Secretary Lambert

10. Greenfire Law, PC – Counsel for Appellee Bear Warriors United

11. Harris, Jeffrey M. – Counsel for Appellant Secretary Lambert

12. Lambert, Alexis, in her official capacity as Secretary of the Florida Department of Environmental Protection – Appellant

13. Mendoza, Honorable Carlos E. – Judge for the United States District Court for the Middle District of Florida

14. Price, Honorable Leslie H. – Magistrate Judge for the United States District Court for the Middle District of Florida

15. Rivo, Lily A. – Counsel for Appellee Bear Warriors United

16. Venable, Nicholas B. – Counsel for Appellant Secretary Lambert

17. Weir, Bryan – Counsel for Appellant Secretary Lambert


Dated: May 29, 2025

/s/ *Jeffrey M. Harris*
Jeffrey M. Harris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com

*Counsel for Defendant-Appellant*

# CERTIFICATE OF SERVICE

I filed this certificate with the Court via CM/ECF, which will send a notice of docketing activities to all parties who are registered through CM/ECF.

Dated: May 29, 2025                                    /s/ *Jeffrey M. Harris*