Rev. 4/18                           UNITED STATES COURT OF APPEALS
                                        FOR THE ELEVENTH CIRCUIT
                                          **CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*   11th Circuit Docket Number: 25-11612

| Caption: | |
|---|---|
| Bear Warriors United, Inc. | District and Division: Middle District of Florida, Orlando Division |
| | Name of Judge: Judge Carlos E. Mendoza |
| | Nature of Suit: Civil |
| v. | Date Complaint Filed: 11/04/2022 |
| | District Court Docket Number: 6:22-cv-02048-CEM-LHP |
| Alexis Lambert, in her official capacity as Secretary of the Florida Department of Environmental Protection | Date Notice of Appeal Filed: 05/09/2025 |
| | ☐ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: ____ |
| | (b) Citation: ____ |
| | (c) Docket Number: ____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Jeffrey M. Harris | Consovoy McCarthy, PLLC<br>1600 Wilson Blvd<br>Ste 700<br>Arlington, VA 22209 | Tel: 703-243-9423<br><br>jeff@consovoymccarthy.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jessica L. Blome | Greenfire Law, PC<br>2748 Adeline St<br>Ste A<br>Berkeley, CA 94703 | Tel: 510-900-9502<br><br>jblome@greenfirelaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Judgment/Bench Trial | Awarded: $____ to ____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | Injunctions: |
| | | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | ☐ Final Agency Action (Review) | ☑ Injunction | ☐ Preliminary   ☑ Granted |
| | ☐ 54(b) | ☐ Other ____ | ☑ Permanent   ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute  Endangered Species Act
(b) Citation  16 U.S.C. ch. 35
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name  Bear Warriors United, Inc. v. Alexis Lambert, in her official capacity as Secretary of the Florida Department of Environmental Protection
(b) Citation _____
(c) Docket Number if unreported  25-11821
(d) Court or Agency  Eleventh Circuit Court of Appeals

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

1. Plaintiff lacked standing to secure an injunction or declaration against Defendant.
2. Plaintiff did not prove that Defendant proximately caused its alleged injuries under the Endangered Species Act.
3. The district court's injunction violates Eleventh Amendment anti-commandeering principles.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  4th  DAY OF  June , 2025 .

Jeffrey M. Harris                                     /s/ Jeffrey M. Harris
NAME OF COUNSEL (Print)                SIGNATURE OF COUNSEL