UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2025

Jeffrey Brown
Florida Department of Environmental Protection
Office of General Counsel
3900 COMMONWEALTH BLVD STOP 35
TALLAHASSEE, FL 32399-3000

Kelley Francesca Corbari
Florida Department of Environmental Protection
Office of General Counsel
3900 COMMONWEALTH BLVD STOP 35
TALLAHASSEE, FL 32399-3000

Jeffrey Matthew Harris
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Bryan Weir
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Appeal Number: 25-11612-G
Case Style: Bear Warriors United, Inc. v. Secretary, Florida Department of Environmental Pro
District Court Docket No: 6:22-cv-02048-CEM-LHP

NOTICE OF APPEAL FILED: <u>May 9, 2025</u>

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate

Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Clerk's Office Phone Numbers
General Information: 404-335-6100   Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135   Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125   Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

JUR-1 Resp reqd JQ