U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)

Bear Warriors United, Inc.    *vs.*    Secretary, Florida Dep't of Env't Prot.    Appeal No. 25-11612

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Jeffrey D. Jennings, Counsel for Amicus Curiae Pacific Legal Foundation and Save Crystal River

Mark Miller, Counsel for Amicus Curiae Pacific Legal Foundation and Save Crystal River

Pacific Legal Foundation, Amicus Curiae

Save Crystal River, Amicus Curiae

Charles T. Yates, Counsel for Amicus Curiae Pacific Legal Foundation and Save Crystal River

See Appellant's Certificate of Interested Persons, Doc. 7 & 22

See Appellee's Certificate of Interested Persons, Doc. 11

Submitted by:
Signature: /s/ Jeffrey D. Jennings
Name: Jeffrey D. Jennings    Prisoner # (if applicable): _____
Address: Pacific Legal Foundation, 3100 Clarendon Blvd., Suite 1000, Arlington, VA 22201
Telephone #: (202) 888-6881

Rev.: 2/23