Nos. 25-11612 & 25-11821

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

BEAR WARRIORS UNITED, INC., a Florida Not for Profit Corporation,
*Plaintiff-Appellee*,

V.

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,
*Defendant-Appellant*.

Appeal from the U.S. District Court for the
Middle District of Florida, No. 6:22-cv-2048
The Honorable Carlos Mendoza

**MOTION FOR LEAVE TO FILE CORRECTED BRIEF OF AMICI CURIAE LAW PROFESSORS IN SUPPORT OF PLAINTIFF-APPELLEE**

ALYSSA HUFFMAN
JACLYN LOPEZ
RACHAEL CURRAN
Jacobs Public Interest Law Clinic
for Democracy and the Environment
Stetson University College of Law
1401 61st St. S.
Gulfport, FL 33707
(813) 773-6810
ahuffman3@law.stetson.edu
(727) 490-9190
jmlopez@law.stetson.edu
(727) 537-0802
rcurran1@law.stetson.edu

*Counsel for Amici Curiae Law Professors*

Nos. 25-11612 & 25-11821, *Bear Warriors United v. Secretary, Florida Department of Environmental Protection*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1, as well as Eleventh Circuit Rules 26.1 and 27-1(10), the undersigned counsel hereby certifies:

Amici are American law professors. The Amici-Law Professors have no parent corporations and no publicly held corporation owns any portion of any amicus law professor.

The following is a complete list of all the known trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that may have an interest in the outcome of the case:

1. Babcock, Hope – Law Professor Amicus Curiae

2. Bear Warriors United, Inc. – Appellee

3. Blackner, Lesley G – Counsel for Appellee Bear Warriors United, Inc.

4. Blackner, Stone & Associates – Counsel for Appellee Bear Warriors United, Inc.

5. Blome, Jessica L. – Counsel for Appellee Bear Warriors United, Inc.

6. Boudreaux, Paul – Law Professor Amicus Curiae

7. Bradford, Susann M. – Counsel for Appellee Bear Warriors United, Inc.

8. Brown, Jeffrey – Counsel for Appellant Secretary Lambert

9. Brown, Karma B. – Counsel for Amici Florida Home Builders Association, Florida Onsite Wastewater Association, and National Onsite Wastewater Recycling Association

10. Center for Biological Diversity – Amicus Curiae and Counsel for Amici Curiae Center for Biological Diversity, Florida Springs Council, Indian Riverkeeper, Kissimmee Waterkeeper, Matanzas Riverkeeper, Miami Waterkeeper, Save the Manatee Club, Sierra Club, and Waterkeepers Florida

11. Clements, Elizabeth Carter Chandler – Counsel for Amici Florida Home Builders Association, Florida Onsite Wastewater Association, and National Onsite Wastewater Recycling Association

12. Colton, Bryan E. – Counsel for Appellee Bear Warriors United, Inc.

13. Consovoy McCarthy PLLC – Counsel for Appellant Secretary Lambert

14. Corbari, Kelley F. – Counsel for Appellant Secretary Lambert

15. Courchesne, Christophe – Law Professor Amicus Curiae

16. Curran, Rachael – Counsel for Amici-Law Professors

17. Defenders of Wildlife – Amicus Curiae

18. Doremus, Holly – Law Professor Amicus Curiae

19. Earthjustice – Counsel for Amici Curiae Center for Biological Diversity, Florida Springs Council, Indian Riverkeeper, Kissimmee Waterkeeper, Matanzas Riverkeeper, Miami Waterkeeper, Save the Manatee Club, Sierra Club, and Waterkeepers Florida

20. Florida Home Builders Association – Amicus Curiae

21. Florida Onsite Wastewater Association – Amicus Curiae

22. Florida Springs Council – Amicus Curiae

23. Flynn, Caroline A. – Counsel for Amici Curiae Center for Biological Diversity, Florida Springs Council, Indian Riverkeeper, Kissimmee Waterkeeper, Matanzas Riverkeeper, Miami Waterkeeper, Save the Manatee Club, Sierra Club, and Waterkeepers Florida

24. Greenfire Law, PC – Counsel for Appellee Bear Warriors United

25. Harris, Jeffrey M. – Counsel for Appellant Secretary Lambert

26. Houck, Oliver – Law Professor Amicus Curiae

27. Huffman, Alyssa – Counsel for Amici-Law Professors

28. Hunton Andrews Kurth, LLP – Counsel for Amici Florida Home Builders Association, Florida Onsite Wastewater Association, and National Onsite Wastewater Recycling Association

29. Indian Riverkeeper – Amicus Curiae

30. Jennings, Jeffrey D. – Counsel for Amici Save Crystal River

and Pacific Legal Foundation

31. Kissimmee Waterkeeper – Amicus Curiae

32. Lambert, Alexis, in her official capacity as Secretary of the Florida Department of Environmental Protection – Appellant

33. Leopold, Matthew Z. – Counsel for Amici Florida Home Builders Association, Florida Onsite Wastewater Association, and National Onsite Wastewater Recycling Association

34. Lopez, Jaclyn – Counsel for Amici-Law Professors

35. Matanzas Riverkeeper – Amicus Curiae

36. Mendoza, Honorable Carlos E. – Judge for the United States District Court for the Middle District of Florida

37. Miami Waterkeeper – Amicus Curiae

38. Miller, Mark – Counsel for Amici Save Crystal River and Pacific Legal Foundation

39. Molyneaux, Victoria – Counsel for Amicus Curiae Defenders of Wildlife

40. National Onsite Wastewater Recycling Association – Amicus Curiae

41. Nowlin, Michelle – Law Professor Amicus Curiae

42. Pacific Legal Foundation – Amicus Curiae

43. Parenteau, Patrick – Law Professor Amicus Curiae

44. Peterson, Erica N. – Counsel for Amici Florida Home Builders Association, Florida Onsite Wastewater Association, and National Onsite Wastewater Recycling Association

45. Plater, Zygmunt – Law Professor Amicus Curiae

46. Price, Honorable Leslie H. – Magistrate Judge for the United States District Court for the Middle District of Florida

47. Property and Environment Research Center (PERC) – Amicus Curiae

48. Rohlf, Daniel – Law Professor Amicus Curiae

49. Rivo, Lily A. – Counsel for Appellee Bear Warriors United

50. Save Crystal River – Amicus Curiae

51. Save the Manatee Club – Amicus Curiae

52. Sierra Club – Amicus Curiae

53. Snape, William J., III – Law Professor Amicus Curiae

54. Soares, Dylan P. – Counsel for Amicus Curiae PERC

55. Stetson University College of Law's Jacobs Public Interest Law Clinic for Democracy and the Environment – Counsel for Amici-Law Professors

56. Turner, Andrew J. – Counsel for Amici Florida Home Builders Association, Florida Onsite Wastewater Association, and National Onsite Wastewater Recycling Association

57. Venable, Nicholas B. – Counsel for Appellant Secretary Lambert

58. Waterkeepers Florida – Amicus Curiae

59. Weaver, Sierra B. – Counsel for Amicus Curiae Defenders of Wildlife

60. Weir, Bryan – Counsel for Appellant Secretary Lambert

Nos. 25-11612 & 25-11821, *Bear Warriors United v. Secretary, Florida Department of Environmental Protection*

61. Whitlock, Ragan – Counsel for Amici Curiae Center for Biological Diversity, Florida Springs Council, Indian Riverkeeper, Kissimmee Waterkeeper, Matanzas Riverkeeper, Miami Waterkeeper, Save the Manatee Club, Sierra Club, and Waterkeepers Florida

62. Winders, Delcianna – Law Professor Amicus Curiae

63. Wood, Jonathan – Counsel for Amicus Curiae PERC

64. Yates, Charles T. – Counsel for Amici Save Crystal River and Pacific Legal Foundation

Dated: October 9, 2025         /s/ *Alyssa Huffman*
ALYSSA HUFFMAN
*Counsel for Amici-Law Professors*

C-8

## ARGUMENT

Pursuant to Federal Rules of Appellate Procedure 27 and Eleventh Circuit Rules 25-3(e) and 27-1(c)(2), Professors Hope Babcock, Paul Boudreaux, Christophe Courchesne, Holly Doremus, Oliver Houck, Michelle Nowlin, Patrick Parenteau, Zygmunt Plater, Daniel Rohlf, William J. Snape, III, and Delcianna Winders (collectively, Amici-Law Professors) respectfully move this Court for leave to correct their amici brief in support of Plaintiff-Appellee for the following reasons.

Amici-Law Professors filed their brief in support of Plaintiff-Appellee's principal brief by consent of the parties on October 2, 2025. On page 32 of the Amici-Law Professors' brief, counsel for Amici-Law Professors inadvertently misquoted a law review article, J.B. Ruhl, *State and Local Government Vicarious Liability Under the ESA*, 16 Nat. Res. & Env't 70 (2001). The attached brief removes the misquoted language.

Counsel for Amici-Law Professors consulted with counsel for the parties on this motion. Plaintiff-Appellees do not oppose the motion. Defendant-Appellants take no position on the motion.

## CONCLUSION

WHEREFORE, Amici-Law Professors respectfully request that this Court grant leave to file the attached corrected brief of amici curiae in support of Plaintiff-Appellee's principal brief.

Respectfully submitted,

Dated October 9, 2025

/s/ *Alyssa Huffman*
ALYSSA HUFFMAN
Florida Bar No. 1068484
(813) 773-6810
ahuffman3@law.stetson.edu

/s/ *Jaclyn Lopez*
JACLYN LOPEZ
Florida Bar No. 96445
(727) 490-9190
jmlopez@law.stetson.edu

/s/ *Rachael Curran*
RACHAEL CURRAN
Florida Bar No. 1002221
(727) 537-0802
rcurran1@law.stetson.edu

Jacobs Public Interest Law Clinic
for Democracy and the Environment
Stetson University College of Law
1401 61st St. S.
Gulfport, FL 33707

*Counsel for Amici-Law Professors*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g):

1.  This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 179 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook, 14-point font.

Dated: October 9, 2025                /s/ *Alyssa Huffman*
                                      ALYSSA HUFFMAN
                                      *Counsel for Amici-Law Professors*