# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11612
_____

BEAR WARRIORS UNITED, INC.,

                                                                                            *Plaintiff-Appellee,*

versus

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

                                                           *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP
_____

_____

No. 25-11821
_____

BEAR WARRIORS UNITED, INC.,
   a Florida Not for Profit Corporation,

                                                                       *Plaintiff-Appellee,*

versus

2                  Order of the Court                  25-11612

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

                                           *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP

_____

ORDER:

       Kathleen S. Sadowski's motion for leave to file an amicus brief out of time is DENIED.

                                     /s/ Robert J. Luck
                                     UNITED STATES CIRCUIT JUDGE