Kathleen S. Sadowski
54 Eagle Lake Dr
Flagler Beach, FL 32136
Phone: 386-295-3915

November 27, 2025

Office of the Clerk
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: Status of Pro Se Amicus Curiae Brief
 Bear Warriors United, Inc. v. Secretary, Florida Department of Environmental Protection
 Case Nos. 25-11612 & 25-11821; on appeal from No. 6:22-cv-02048-CEM-LHP (M.D. Fla.)

Dear Clerk of Court:

I am writing as a pro se, non-party landowner whose property lies within the northern Indian River Lagoon / Mosquito Lagoon watershed directly affected by the injunction and septic-system moratorium at issue in the above-captioned appeals. I respectfully request clarification regarding the status of my proposed amicus curiae brief in these consolidated cases.

I previously submitted an amicus curiae brief and related filings by certified mail on three separate occasions, after receiving notices from your office identifying deficiencies and corrections that were needed. I carefully revised my filings each time to comply with the instructions I was given (including formatting, page limits, and any certificates required), and I re-mailed the corrected papers on time, again using certified mail at my own expense.

Despite those efforts and costs, my amicus brief does not appear on the public docket, and I have not received any clear explanation stating whether:

1. My amicus filing has been rejected as non-compliant (and, if so, for what specific reason), or
2. The Court has denied leave to file my amicus brief on substantive grounds, or
3. My most recent corrected submission is still being processed.

Because I am a pro se litigant and not an attorney, I am trying in good faith to follow the Federal Rules of Appellate Procedure and the Eleventh Circuit's local rules, but I cannot correct what I do not understand. At this point I have spent money on three certified mailings and significant time preparing and revising my brief, and I am still unsure why it has not been accepted for filing.

This situation has a real financial and practical impact on me. I am the vested-rights owner of 4.1 acres of AG-1 property located at 1273 Maytown Rd, Oak Hill, Florida, which I purchased in 2023. I began incurring expenses, engineering work, and permit-related costs to place a modular home with an in-law suite on that property before the July 17, 2025 septic-system moratorium took effect. That home was intended to house and care for my 94-year-old mother and my disabled sister, both of whom now require substantial daily care, medical appointments, and accessibility accommodations.

In reliance on being able to build on my property, I worked hard to qualify for a mortgage for the modular home, and I was scheduled to close in September 2025. Because of the uncertainty and restrictions created by the injunction and moratorium, that mortgage and closing have effectively been voided, leaving me unable to proceed with construction. At the same time, I am forced to pay high monthly rent at my current residence in Flagler Beach because I am not allowed to build and live on my own property, even though I am a vested right owner who began the development process before the moratorium.

I have reached out repeatedly to every level of government I can access, including Governor Ron DeSantis, Senator Rick Scott, my state and local representatives, the Florida Department of Environmental Protection (FDEP), and the U.S. Fish and Wildlife Service (FWS). Despite these efforts, no one has been able to offer any meaningful relief or a path forward for me as an affected landowner. As an American citizen and vested-right property owner, this has become a profound burden on my finances, my ability to provide stable housing, and my ongoing care responsibilities for my mother and sister.

Because I cannot move forward with my modular home due to the injunction and moratorium being litigated in these appeals, I sought to participate as an amicus curiae to give the Court a real-world perspective from an affected individual landowner who is not otherwise represented in this case. The continued uncertainty about my amicus status, after multiple corrected submissions, is placing an additional financial burden on me at the same time that I am trying to provide hands-on care to my family.

If there is an appropriate email address or electronic point of contact for pro se correspondence in these appeals, I would be grateful if you could provide that information, so that I may avoid further unnecessary mailing expenses and more effectively communicate with the Court.

Accordingly, I respectfully request:

1. Written clarification of the status of my proposed amicus curiae filing in Case Nos. 25-11612 and 25-11821;
2. If my filing has been rejected for procedural or formatting reasons, a brief description of the specific rule provisions I failed to meet so that I can understand what went wrong; and
3. If the Court has denied leave to file my amicus brief on substantive grounds, confirmation of that decision so that I do not continue to incur further mailing expenses trying to correct a filing that will not be accepted.

I am not asking the Court to relax its rules for me. I am simply asking for enough information to know whether I made a curable technical mistake, or whether the Court has already decided not to accept my amicus participation at all.

Thank you for your time and for any guidance or clarification you can provide to a pro se landowner who is directly affected by these important appeals.

Respectfully submitted,

*Kathleen Sadowski*

Kathleen S. Sadowski
Pro Se Landowner
Volusia County, Florida

cc: U.S. Senator Rick Scott, Florida
    U.S. Senator Ashley Moody, Florida
    U.S. Representative Randy Fine, Florida's 6th District
    U.S. Representative Cory Mills, Florida's 7th District

# M Gmail

Kathleen Sadowski <gavinpski@gmail.com>

---

## 25-11612-GG Bear Warriors United, Inc. v. Secretary, Florida Department of Environmental Pro "Court Order Filed Denied File Amicus Brief" (6:22-cv-02048-CEM-LHP)

<ecf_help@ca11.uscourts.gov>  Wed, Nov 26 at 3:54 PM
To: <gavinpski@gmail.com>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

Notice of Docket Activity

The following transaction was filed on 11/26/2025
Case Name:     Bear Warriors United, Inc. v. Secretary, Florida Department of Environmental Pro
Case Number:   25-11612
Document(s): https://ecf.ca11.uscourts.gov/docs1/011014159891?uid=3dad9e5d3a8fd9cb

Docket Text:
<font color = Green>ORDER: Kathleen S. Sadowski's motion for leave to file an amicus brief out of time is DENIED. [70] RJL </font> [25-11612, 25-11821]

Notice will be electronically mailed to:

Lesley Blackner
Jessica L. Blome
Karma Barsam Brown
Elizabeth Carter Chandler Clements
Rachael Curran
Caroline Anne Flynn
Jeffrey Matthew Harris
Alyssa Huffman
Jeffrey Jennings
Matthew Z. Leopold
Jaclyn Lopez
Mark Miller
Victoria Molyneaux
Erica Nicole Peterson
Kathleen S. Sadowski
Dylan Soares
Andrew J. Turner
Nicholas Browder Venable
Sierra B. Weaver
Bryan Weir
Ragan Whitlock

The following document(s) are associated with this transaction:
666 Document Description:      Court Order Filed
Original Filename:     25-11612.bearwarriors.order+(deny+pro+se+amicus) (1).pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1160056652 [Date=11/26/2025] [FileNumber=10612922-0] [3e3024fea647d16a0e522fc8eb16e 02c795f362f86a459f2450eb26f83508f82412418d036e2f31b27dcc04f0a461127c78f2dc2a0603d1d733b0c424c966e3e]]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Lee Zeldin
1300 Pennsylvania Avenue
Washington, DC
20460

9590 9402 9418 5002 5351 43

2. Article Number (Transfer from service label)

9589 0710 5270 2318 6976 72

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
10/7/2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matt Tripp
Bears Warrior United
Oviedo, Fl 3276_

9590 9402 9418 5002 5350 20

2. Article Number (Transfer from service label)

9589 0710 5270 2721 4785 47

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dane Shadix
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Dane Shadix

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☒ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FDEP
3900 Commonwealth
Tallahassee, Fl
32399

9590 9402 9418 5002 5351 05

2. Article Number (Transfer from service label)

9589 0710 5270 2318 6977 19

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
ROSCOE HOLTON

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bear Warriors United
   Matt Tripp
   83 Geneva Dr
   Oviedo, Fl 32762

   9590 9402 9418 5002 5350 99

2. Article Number (Transfer from service label)

   9589 0710 5270 2318 6976 27

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Dane Shadix — ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Dane Shadix
C. Date of Delivery: OCT 08 2025
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Stacy L. Watson
   FDEP
   3900 Commonwealth Blvd
   MS 35
   Tallahassee, Fl 32399

   9590 9402 9418 5002 5350 44

   9589 0710 5270 2721 4785 30

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name): ROSCOE HOLTON
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Secretary Alexis A. Lambert
   FDEP
   Marjory Stoneman Douglas
   3900 Commonwealth Blvd
   Tallahassee, Fl 32399

   9590 9402 9418 5002 5351 29

2. Article Number (Transfer from service label)

   9589 0710 5270 2318 6976 89

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name): ROSCOE HOLTON
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of Court
   US Court of Appeals
   for The 11th Circuit
   56 Forsyth St NW
   Atlanta, GA 30303

   9590 9402 9417 5002 0603 25

2. Article Number (Transfer from service label)

   9589 0710 5270 2721 4781 27

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   [illegible]

C. Date of Delivery
   10/14/25

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   U.S. COURT OF APPEALS
   RECEIVED
   CLERK
   OCT 14 2025
   ATLANTA, GA

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of Court
   11th Circuit Court of Appeals
   56 Forsyth St NW
   Atlanta, GA 30303

   9590 9402 9418 5002 5350 51

2. Article Number (Transfer from service label)

   9589 0710 5270 2318 6977 02

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   [illegible]

C. Date of Delivery
   10-2-25

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Kathleen Sadowski
54 Eagle Lake Dr.
Flagler Beach, FL
32136

ORLANDO FL 328
29 NOV 2025 PM 4 L

Office of the Clerk
U.S. Court of Appeals for the 11th circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

CLEARED SECURITY
DEC 02 2025
U.S. MARSHALS SERV 30303—229599
11th Circuit Court or Appeals (JA)