# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 25-11612

---

BEAR WARRIORS UNITED, INC.,

*Plaintiff-Appellee,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Defendant-Appellant.*

---

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP

---

---

No. 25-11821

---

BEAR WARRIORS UNITED, INC.,
a Florida Not for Profit Corporation,

*Plaintiff-Appellee,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Defendant-Appellant.*

---

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 8, 2026

For the Court: DAVID J. SMITH, Clerk of Court